IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
__El Dorado__ DIVISION

IN DISTRICT ARKA.
FILED
JUL 10 2006
CHRIS R. JOHNSON, CLERK

Lennis R Boone
(Plaintiff)
#6 Pye Court (870)862-0474
El Dorado Ar 71730
(Your name, address, telephone number)

Civil Action No. __06-1072__
(to be supplied by clerk)

V.

United Scaffolding Inc
(Defendants)
Pony St (870)-864-8500
El Dorado Ar 71730
(Name(s), address, telephone number)

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

1. This action is brought pursuant to:

   ___ Age Discrimination in Employment Act

   ___ Americans With Disabilities Act

   ✓ Title VII of the Civil Rights Act

2. Plaintiff filed charges against the defendant(s) with the Equal Employment Opportunity Commission on __6-28__, __2006__ charging (month/day) defendant(s) with acts of discrimination based on (1) ___ age, (2) ___ disability, (3) ✓ race, (4) ___ color, (5) ___ sex, (6) ___ religion, (7) ___ national origin. A copy of the charges filed with the EEOC is attached to this complaint.

RECEIVED
WD/AR

JUN 28 2006

U.S. ... OFFICE

3. The Equal Employment Opportunity Commission issued a Determination and/or Notice of Right to Sue which was received by plaintiff on Mar 30, 2006, ~~199~~ , a copy of which is attached to this complaint.

4. Defendant(s) discriminated against plaintiff by:

    (a) ___ failing to employ plaintiff.

    (b) ✓ terminating plaintiff's employment.

    (c) ___ failing to promote plaintiff.

    (d) _____

_____

_____

_____

5. The act(s) of discrimination complained of occurred on or about June 27, 2006 ~~199~~ . (month/day) (year) Briefly describe: I was called at 8:00pm to go to the teris plant in El Dorado And alter a scaffold, I called Mark Wade and Matt Perdue to assist me on that assignment, We completed the job approx 11:45 pm no Teris employees were present so I opted to have my paperwork signed the next morning & I did so. At 11:00 Am that morning I received a called from Mark Brown telling me to come to office. When I arrived he and Mike Hahn informed me that I was being terminated. They say that someone said that I reeked of alcohol. I contacted Teris who said that noone from their plant said anything like that to anyone.

6. The defendant(s):

   (a) \_\_\_ is still committing

   (b) \_\_\_ is no longer committing

   (c) ✓ may still be committing

the acts set forth in the above paragraph.

7. WHEREFORE, Plaintiff prays for the following relief:

   (a) \_\_\_ Defendant be directed to employ plaintiff.

   (b) \_\_\_ Defendant be directed to re-employ plaintiff.

   (c) \_\_\_ Defendant be directed to promote plaintiff.

   (c) \_\_\_ Defendant be directed to reimburst backpay

and for such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

8. **Jury Demand:** I hereby __Demand__ a trial by jury of any issue
   (Demand/Waive)
triable of right by a jury.

_[Signature]_
(Signature of Plaintiff)