IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LENNIS R. BOONE                                                                                    PLAINTIFF

V.                                              CASE NO. 06-CV-1072

UNITED SCAFFOLDING, INC.                                                             DEFENDANT

## ORDER

Before the Court is the parties' Joint Motion for Protective Order.  The Court has reviewed the Joint Motion for Protective Order and makes the following Orders:

    1.  Confidential information, as later defined herein, and obtained by the Plaintiff from the Defendant in this action, shall be used only for the purpose of this litigation and for no other purpose whatsoever, and shall not be given, shown, made available, or communicated in any way to anyone except Qualified Persons, as herein defined.

    2.  Confidential Information shall be deemed to include, without limitation:

Those policies, handbooks, personnel and medical files, financial records, applicant data, employment records, business records, including those reflecting business and/or employment related decisions, grievance files, salary/pay histories, and information and other matters now requested or hereinafter requested by the Plaintiff from the Defendant relating to the operation and organization of the Defendant and such other information as may be deemed by this Court to be relevant or material herein.  Defendant will designate this information as "Confidential Information."

    3.  Except with the prior written consent of the Defendant, or pursuant to further Order of this Court on motion with notice to the Defendant, no Confidential Information may be disclosed

to any person other than "Qualified Persons" who shall be defined to include the Plaintiff, any current or future counsel of record for the Plaintiff in this action, and secretaries, paraprofessional assistants, experts, and other employees of such counsel who would be actively engaged in assisting counsel in connection with this action.

4. This Order, insofar as it restricts the communication in any way and use of Confidential Information, shall continue to be binding through and after the conclusion of this litigation. At the conclusion of this action, including all appeals:

a) Upon request by Defendant, Plaintiff (or his counsel) shall take all reasonable steps necessary to reclaim all Confidential Information, including correspondence, memoranda, notes or any other documents embodying such information, in whole or in part.

b) Counsel and all Qualified Persons are enjoined from disclosing in any manner any Confidential information obtained during the course of this proceeding.

5. Such Confidential Information as may be required to be filed with the Court and with the Clerk of this Court shall be filed under seal. Only the Court, Court personnel, and counsel for the parties shall have access to the sealed record in this proceeding until further Order of this Court.

The parties' Joint Motion for Protective Order should be and hereby is **GRANTED**.

**IT IS SO ORDERED**, THIS 30th day of March, 2007.

                                                                                  /s/ Harry F. Barnes
                                                                                 Hon. Harry F. Barnes
                                                                                 United States District Judge