IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LENNIS R. BOONE                                                                                    PLAINTIFF

V.                                            CASE NO. 06-CV-1072

UNITED SCAFFOLDING, INC.                                                                DEFENDANT

## ORDER

Before the Court is a Joint Motion for Dismissal with Prejudice. (Doc. 16). Both parties have advised the Court that the matter has been resolved. Upon consideration, the Court finds that the motion should be and hereby is **granted**. Accordingly, the above styled and numbered case is hereby **dismissed with prejudice**.

**IT IS SO ORDERED**, THIS 5th day of June, 2007.

                                                                                     /s/ Harry F. Barnes
                                                                                     Hon. Harry F. Barnes
                                                                                     United States District Judge